# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REBECCA SCHEUERMAN,** individually and on behalf of all others similarly situated,<br><br>                      **PLAINTIFF,**<br>V.<br><br>**VITAMIN SHOPPE INDUSTRIES, INC. dba VITAMIN SHOPPE, INC.,**<br><br>                      **DEFENDANT.** | Case No: 3:15-cv-00025-AJB-NLS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>(Doc. No. 23) |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed without prejudice as to the Named Plaintiff and without prejudice as to the Putative Class.

IT IS SO ORDERED.

Dated: August 13, 2015

                                                                  _____
                                                                  Hon. Anthony J. Battaglia
                                                                  United States District Judge